SO ORDERED.

Dated: November 05, 2009



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-21908/836242-67

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>John F. Messing<br>       Debtors.<br>_____<br>Desert Schools Federal Credit Union<br>       Movant,<br>   vs.<br><br>John F. Messing, Debtors; Robert A. MacKenzie, Trustee.<br><br>       Respondents. | No. 2:09-bk-14103-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 11) |

This matter having come before the Court for a Preliminary Hearing on October 29, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Scott H. Coombs, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated September 29, 2006, and recorded on September

29, 2009, in the office of the Maricopa County Recorder at Instrument No. 20061290932 wherein Desert Schools Federal Credit Union is the current beneficiary and John F. Messing have an interest in, further described as:

    Lot 560. of COUNTRY PLACE 3, according to the plat of record in the office of the County Recorder of Maricopa County. Arizona. recorded in Book 252 of Maps. Page 9:

EXCEPT THEREFROM all coal. 011. gas and other mineral deposits as reserved in the Patent to said land.

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

    DATED this ____ day of _____, 2009.

                                  _____

                                  JUDGE OF THE U.S. BANKRUPTCY COURT